**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                         NO. 4:14CR00188 JLH

FREDDIE EUGENE BREWSTER,
ALTON ELIJAH GIVENS,
CHRISTOPHER LAMONT JONES,
THOMAS STACY CAFFREY,
RICHARD BEASON, DARRELL
GREEN, TOMMIE ICE, CLARENCE
ALLEN, WILLIE JOSEPH TYLER, JR.,
LADEITRICK HAMPTON,
ASHLEY RAMAGE, LINDA
BREWSTER, DAVID BOWMAN, JR.,
D'ANGELO CANNON, MICHAEL
DESHUN DAWKINS, VERNA
THOMPSON, BRUNSON JAY
TAYLOR, CHARLES OLIVER,
CLINTON BREWER, RODRIQUES
D'ANGELO DAVIS, JENNIFER MAY,
TAQUILA SHOTO, and CHRISTINA
AKINS BREWSTER                                                                                                        DEFENDANTS

**ORDER**

Pending before the Court are motions to continue the trial of this matter filed by defendants Freddie Eugene Brewster and Linda Brewster. Documents #118 and #132. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motions to continue will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motions to continue must file a response in opposition on or before **OCTOBER 10, 2014**. It will not be necessary for any defendant who supports the motions to continue to respond.

The Court will assume that any defendant who does not file a response in opposition of the

motions on or before October 10, 2014, joins in the motions to continue and waives Speedy Trial requirements up to and including the next scheduled trial date.

    IT IS SO ORDERED this 29th day of September, 2014.

                                              _____
                                              J. LEON HOLMES
                                              UNITED STATES DISTRICT JUDGE