IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                          No. 4:14CR00188-25 JLH

CHRISTINA AKINS BREWSTER                                                  DEFENDANT

## ORDER

The government's oral motion to dismiss the Indictment as to Christina Akins Brewster is GRANTED. The Indictment is dismissed as to Ms. Brewster.

IT IS SO ORDERED this 3rd day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE